**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 20-90804 |
| Travis Swanstrom; | CHAPTER 7 |
| Debtor(s). | JUDGE Mary P. Gorman |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes Navy Federal CU, secured creditor herein, by and through its attorneys, Diaz Anselmo Lindberg, LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Central District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 7 on September 30, 2020.

5. Navy Federal CU holds a mortgage secured by a lien on debtor's real estate commonly known as 22 Lake View Drive, Mansfield, Illinois 61854.

6. There is no equity in the property as the value is $330,000.00 (per Schedule A/B) and the total payoff amount is $349,013.31. Debtor has a 50% interest in the subject property.

7. The loan is past due for the February 1, 2020 to October 1, 2020 payments in the amount of $3,238.31 each. The total default is $29,144.79, not including attorney fees and costs for bringing this motion.

8. The failure of the debtor to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

9. The property is not necessary to an effective reorganization.

10. The movant requests the Court order that Rule 4001(a)(3) is not applicable.

WHEREFORE, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

Navy Federal CU

/s/ Crystal V. Caceres

Diaz Anselmo Lindberg, LLC
1771 West Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620(fax)
ILBankruptcy@dallegal.com
Firm File Number: B20110011

This law firm is deemed to be a debt collector.

**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 20-90804 |
| Travis Swanstrom; | CHAPTER 7 |
| Debtor(s). | JUDGE Mary P. Gorman |

**EXHIBIT SUMMARY AND CERTIFICATE OF SERVICE**

The following exhibits in reference to the MOTION FOR RELIEF FROM AUTOMATIC STAY filed by Navy Federal CU are available upon request. Movant will bring exhibits to any scheduled Court hearings on this matter.

1. Mortgage signed by Travis Swanstrom and Cassie Swanstrom on April 13, 2018 and recorded on April 18, 2018 as document number 364728.

2. Note signed by Travis Swanstrom and Cassie Swanstrom on April 13, 2018.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, a copy of the foregoing Motion for Relief from Automatic Stay was served on the following registered ECF participants, **electronically through the court's ECF System** at the email address registered with the court:

Joseph Camiel Pioletti, Debtor's Counsel

Kristin Wilson, Trustee

United States Trustee

And on the following by **first-class U.S. Mail** addressed to:

Travis Swanstrom, 22 Lake View Dr., Mansfield, IL 61854

/s/ Crystal V. Caceres