UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAVIS SWANSTROM, | ) | Case No. 20-90804 |
| | ) | Chapter 7 |
| Debtor. | ) | |

MOTION TO COMPEL

NOW COMES Kristin L. Wilson, Chapter 7 Trustee, and files her Motion to Compel and in support thereof states:

1. Debtor filed for relief under the Bankruptcy Code on September 30, 2020.
2. Debtor's 341 meeting was held December 3, 2020.
3. Debtor was asked at the 341 meeting to provide additional information on if his bonus is figured on sales or performance and how much he should expect, information on the two pension plans with Exelon and information on the employee savings plan as well as bank statements for the Navy Federal Credit Union account for the period of July 2, 2020 to September 10, 2020.
4. Said documents have not been provided as of today's date.
5. The requested documents are necessary for the Trustee to properly administer the estate and it is the Debtor's duty to cooperate with the Trustee and provide the information necessary for the administration of the estate.

WHEREFORE, the Trustee prays that:

1. The Debtor be compelled to provide additional information on his bonus and if it is figured on sales or performance.
2. The Debtor be compelled to provide information on the two pension plans with Exelon.
3. The Debtor be compelled to provide information on the employee savings plan.
4. The Debtor be compelled to provide copies of banks statements for the Navy Federal Credit Union account for the period of July 2, 2020 to September 10, 2020.
5. For such other relief as may be appropriate and just.

*/s/Kristin L. Wilson*
Kristin L. Wilson, Trustee

Certificate of Service

The undersigned does hereby certify that on the 22nd day of December, 2020 she electronically filed the above and foregoing document with the U.S. Bankruptcy Court, Urbana, Illinois by means of CM/ECF. By filing the document through CM/ECF, all parties of record have been served.

US Trustee
Joseph Pioletti

/s/ Kristin L. Wilson
Kristin L. Wilson

Certificate of Service

I certify that on December 22, 2020, I deposited a copy of the foregoing in a U.S. Post Office box at Charleston, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

Travis Swanstrom
22 Lake View Dr.
Mansfield, IL 61854

Kristin L. Wilson
Attorney at Law
U.S. Chapter 7 Trustee in Bankruptcy
611 6th Street
Charleston, IL 61920
Telephone: 217-345-3079
E-Mail: KLWilson111@gmail.com