UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAVIS SWANSTROM, | ) | NO. 20-90804 |
| | ) | CHAPTER 7 |
| Debtors. | ) | |
| | ) | |
| | ) | |

OBJECTION TO CLAIM NO. 5-1 OF ALLY BANK

NOW COMES Kristin L. Wilson, Chapter 7 Trustee, and objects to Claim 5-1 filed by Ally Bank in the amount of $36,646.30. Trustee objects as the claim of Ally Bank is secured by a 2016 Jeep Wrangler. The claim does not reflect an unsecured amount. The only claims allowable under 11 U.S.C. Sec. 507 are unsecured claims.

Wherefore, the Trustee prays that this Court enter an order allowing the Trustee's objection to claim 5-1 and disallowing the claim in its entirety.

If you disagree with the objection, you should file an answer and/or amended claim with the bankruptcy court within 30 days from the date of this notice. You must file your answer early enough so that the court will receive it on or before this date. You must serve a copy of your answer on the Trustee and all parties listed on the proof of service, which is attached hereto. ABSENCE OF A TIMELY ANSWER WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION. *Go to www.ilcb.uscourt.gov for information re: mandatory electronic filing.*

March 17, 2021

*/s/Kristin L. Wilson*
Kristin L. Wilson
Chapter 7 Trustee
611 6th Street
Charleston, IL 61920
Tel. 217-345-3079

## CERTIFICATE OF SERVICE

The undersigned certifies that the above document was filed electronically with the Court on March 17, 2021 and that she has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

US Trustee
Joseph Pioletti

## CERTIFICATE OF SERVICE

I certify that on March 17, 2021, I deposited a copy of the foregoing in a U.S. Post Office box at Charleston, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

Ally Bank
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

DATED this 17th day of March 2021.

/s/ Kristin L. Wilson
Kristin L. Wilson
Chapter 7 Trustee

KRISTIN L. WILSON
Chapter 7 Trustee
611 6th Street
Charleston, IL 61920
Telephone: (217) 345-3079
Email: klwilson111@gmail.com