**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | § | Case No. 20-90804 |
| | § | |
| TRAVIS SWANSTROM | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/30/2020. The undersigned trustee was appointed on 09/30/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $12,500.75

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $16.49 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $12,484.26 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 02/10/2021 and the deadline for filing government claims was 03/29/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,000.08. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,000.08, for a total compensation of $2,000.08[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $91.14, for total expenses of $91.14.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/21/2021 By: /s/ Kristin L. Wilson
Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 20-90804-MPG
**Case Name:** SWANSTROM, TRAVIS
**For the Period Ending:** 4/21/2021

**Trustee Name:** Kristin L. Wilson
**Date Filed (f) or Converted (c):** 09/30/2020 (f)
**§341(a) Meeting Date:** 11/05/2020
**Claims Bar Date:** 02/10/2021

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 22 Lake View Dr. Mansfield IL 61854-9701 | | $330,000.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Ford Model: Explorer Year: 2017 | | $12,500.00 | $0.00 | | $0.00 | FA |
| 3 | Make: Jeep Model: Wrangler Year: 2016 Mileage: 58624 Other Information: Value is NADA | | $24,325.00 | $0.00 | | $0.00 | FA |
| 4 | Make: Ford Model: Focus Year: 2018 Mileage: 35000 | | $10,000.00 | $6,700.00 | | $4,753.25 | FA |
| 5 | Misc. household goods and electronics | | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 6 | Clothing | | $300.00 | $0.00 | | $0.00 | FA |
| 7 | 4 cats | | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Bank of America | | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Navy Federal | | $5.00 | $0.00 | | $979.69 | FA |
| 10 | U of I CU Checking and Savings | | $3,357.68 | $1,400.00 | | $979.60 | FA |
| 11 | 401k | | $76,284.00 | $0.00 | | $0.00 | FA |
| 12 | 2x Pension | | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Preference - Loan by Phone | (u) | $0.00 | $750.75 | | $750.75 | FA |
| 14 | Bonus | (u) | Unknown | $1,500.00 | | $3,600.96 | FA |
| 15 | Unscheduled personal property - Accrued Wages | (u) | $0.00 | $878.25 | | $623.55 | FA |
| 16 | Unscheduled Tax Refunds | (u) | $0.00 | $365.00 | | $259.15 | FA |
| 17 | Unscheduled personal property-Employee Stock Plan | (u) | $780.00 | $780.00 | | $553.80 | FA |
| | **TOTALS (Excluding unknown value)** | | **$460,051.68** | **$14,874.00** | | **$12,500.75** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

Order on Motion to compromise entered today. Document number 65. All assets administered. Only waiting on objection to claim.

Claims 1-25 reviewed. Waiting on claims date to expire. And one objection to claim.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 20-90804-MPG
**Case Name:** SWANSTROM, TRAVIS
**For the Period Ending:** 4/21/2021

**Trustee Name:** Kristin L. Wilson
**Date Filed (f) or Converted (c):** 09/30/2020 (f)
**§341(a) Meeting Date:** 11/05/2020
**Claims Bar Date:** 02/10/2021

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Receipt and record payment.
All assets administered.
All amendments made on tes from amendments filed.
Checking claims.
Receipt, review and respond to email from Loan by Phone or Check into Cash on preference.

**Initial Projected Date Of Final Report (TFR):** 04/05/2021

**Current Projected Date Of Final Report (TFR):** 05/20/2021

/s/ KRISTIN L. WILSON

KRISTIN L. WILSON

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-90804-MPG | **Trustee Name:** | Kristin L. Wilson |
| **Case Name:** | SWANSTROM, TRAVIS | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5702 | **Checking Acct #:** | ******0401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 9/30/2020 | **Blanket bond (per case limit):** | $42,291,316.00 |
| **For Period Ending:** | 4/21/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/11/2021 | (13) | Loan by Phone | Return of preference payment. | 1241-000 | $750.75 | | $750.75 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.74 | $750.01 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.09 | $748.92 |
| 03/09/2021 | | Travis Swanstrom | Turnover of value of assets pursuant to a Order of Compromise entered by Judge Gorman on April 1, 2021 as document number 65. | * | $11,750.00 | | $12,498.92 |
| | {9} | | $979.69 | 1129-000 | | | $12,498.92 |
| | {10} | | $979.60 | 1129-000 | | | $12,498.92 |
| | {14} | | $3,600.96 | 1229-000 | | | $12,498.92 |
| | {15} | | $623.55 | 1229-000 | | | $12,498.92 |
| | {16} | | $259.15 | 1224-000 | | | $12,498.92 |
| | {17} | | $553.80 | 1229-000 | | | $12,498.92 |
| | {4} | | $4,753.25 | 1129-000 | | | $12,498.92 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $14.66 | $12,484.26 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $12,500.75 | $16.49 | $12,484.26 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $12,500.75 | $16.49 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $12,500.75 | $16.49 | |

**For the period of 9/30/2020 to 4/21/2021**

| | |
|---|---|
| Total Compensable Receipts: | $12,500.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,500.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/11/2021 to 4/21/2021**

| | |
|---|---|
| Total Compensable Receipts: | $12,500.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,500.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-90804-MPG | **Trustee Name:** | Kristin L. Wilson |
| **Case Name:** | SWANSTROM, TRAVIS | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5702 | **Checking Acct #:** | ******0401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 9/30/2020 | **Blanket bond (per case limit):** | $42,291,316.00 |
| **For Period Ending:** | 4/21/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $12,500.75 | $16.49 | $12,484.26 |

**For the period of 9/30/2020 to 4/21/2021**

| | |
|---|---|
| Total Compensable Receipts: | $12,500.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,500.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/30/2020 to 4/21/2021**

| | |
|---|---|
| Total Compensable Receipts: | $12,500.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,500.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KRISTIN L. WILSON

KRISTIN L. WILSON

**CLAIM ANALYSIS REPORT**



Exhibit C

**Case No.** 20-90804-MPG
**Case Name:** SWANSTROM, TRAVIS
**Claims Bar Date:** 02/10/2021

**Trustee Name:** Kristin L. Wilson
**Date:** 4/21/2021

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KRISTIN L. WILSON<br>PO Box 137<br>Charleston IL 61920 | 11/24/2020 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,000.08 | $2,000.08 | $0.00 | $0.00 | $0.00 | $2,000.08 |
| | KRISTIN L. WILSON<br>PO Box 137<br>Charleston IL 61920 | 04/20/2021 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $91.14 | $91.14 | $0.00 | $0.00 | $0.00 | $91.14 |
| 1 | MIDLAND CREDIT MANAGEMENT, INC.<br>PO Box 2037<br>Warren MI 48090 | 11/16/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $810.37 | $810.37 | $0.00 | $0.00 | $0.00 | $810.37 |
| 2 | MIDLAND CREDIT MANAGEMENT, INC.<br>PO Box 2037<br>Warren MI 48090 | 11/16/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $1,527.00 | $1,527.00 | $0.00 | $0.00 | $0.00 | $1,527.00 |
| 3 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | 11/18/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $1,098.28 | $1,098.28 | $0.00 | $0.00 | $0.00 | $1,098.28 |
| 4 | BANK OF AMERICA, N.A.<br>P O Box 982284<br>EL PASO TX 79998-2238 | 11/18/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $1,106.34 | $1,106.34 | $0.00 | $0.00 | $0.00 | $1,106.34 |
| 5 | ALLY BANK<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118 | 11/20/2020 | Personal Property and Intangibles Consensual Liens (UCC, chattel, PMSI). | Disallowed | 4210-000 | $0.00 | $36,646.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Claim is allowed, but excluded from distribution as there is no amount listed as unsecured and only unsecured claims may share in distribution in Chapter 7 cases.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CAPITAL ONE BANK (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 11/25/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $891.11 | $891.11 | $0.00 | $0.00 | $0.00 | $891.11 |

**CLAIM ANALYSIS REPORT**



Exhibit C

**Case No.** 20-90804-MPG
**Case Name:** SWANSTROM, TRAVIS
**Claims Bar Date:** 02/10/2021

**Trustee Name:** Kristin L. Wilson
**Date:** 4/21/2021

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CAPITAL ONE BANK (USA), N.A.<br><br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 11/25/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $3,505.59 | $3,505.59 | $0.00 | $0.00 | $0.00 | $3,505.59 |
| 8 | U.S. BANK NATIONAL ASSOCIATION<br><br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | 12/01/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $2,014.14 | $2,014.14 | $0.00 | $0.00 | $0.00 | $2,014.14 |
| 9 | JPMORGAN CHASE BANK, N.A.<br><br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | 12/08/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $8,802.53 | $8,802.53 | $0.00 | $0.00 | $0.00 | $8,802.53 |
| 10 | NAVY FEDERAL CREDIT UNION<br><br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield VA 22119 | 12/09/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $2,182.13 | $2,182.13 | $0.00 | $0.00 | $0.00 | $2,182.13 |
| 11 | NAVY FEDERAL CREDIT UNION<br><br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield VA 22119 | 12/09/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $7,864.16 | $7,864.16 | $0.00 | $0.00 | $0.00 | $7,864.16 |
| 12 | NAVY FEDERAL CREDIT UNION<br><br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield VA 22119 | 12/09/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $3,189.19 | $3,189.19 | $0.00 | $0.00 | $0.00 | $3,189.19 |
| 13 | NAVY FEDERAL CREDIT UNION<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield VA 22119 | 12/09/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $53,884.40 | $53,884.40 | $0.00 | $0.00 | $0.00 | $53,884.40 |

**Case No.** 20-90804-MPG **Trustee Name:** Kristin L. Wilson
**Case Name:** SWANSTROM, TRAVIS **Date:** 4/21/2021
**Claims Bar Date:** 02/10/2021

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | CITIBANK, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | 12/09/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $1,492.03 | $1,492.03 | $0.00 | $0.00 | $0.00 | $1,492.03 |
| 15 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville SC 29603-0368 | 12/30/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $1,505.92 | $1,505.92 | $0.00 | $0.00 | $0.00 | $1,505.92 |
| 16 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville SC 29603-0368 | 12/30/2020 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $3,458.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Objection - Attachment contains different case number and names.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | FORD MOTOR CREDIT COMPANY LLC<br>PO BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | 01/04/2021 | Personal Property and Intangibles Consensual Liens (UCC, chattel, PMSI). | Allowed | 4210-000 | $0.00 | $31,276.72 | $31,276.72 | $0.00 | $0.00 | $0.00 | $31,276.72 |

**Claim Notes:** Claim is allowed, but excluded from distribution. It is fully secured and only unsecured claims share in distribution in Chapter 7.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | KOHL'S<br>PO BOX 141509<br>IRVING TX 75014 | 01/06/2021 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $3,636.12 | $3,636.12 | $0.00 | $0.00 | $0.00 | $3,636.12 |
| 19 | CHECK INTO CASH<br>201 Keith St SW<br>Suite 80<br>Cleveland TN 37311 | 01/07/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $750.75 | $750.75 | $0.00 | $0.00 | $0.00 | $750.75 |
| 20 | OPPORTUNITY FINANCIAL, LLC<br>130 E. Randolph Street<br>Suite 3400<br>Chicago IL 60601 | 01/30/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,508.99 | $2,508.99 | $0.00 | $0.00 | $0.00 | $2,508.99 |

**Case No.** 20-90804-MPG
**Case Name:** SWANSTROM, TRAVIS
**Claims Bar Date:** 02/10/2021

**Trustee Name:** Kristin L. Wilson
**Date:** 4/21/2021

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>POB 41067<br>Norfolk VA 23541 | 02/01/2021 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $1,747.90 | $1,747.90 | $0.00 | $0.00 | $0.00 | $1,747.90 |
| 22 | RESURGENT RECEIVABLES, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 02/04/2021 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $993.18 | $993.18 | $0.00 | $0.00 | $0.00 | $993.18 |
| 23 | RESURGENT RECEIVABLES, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 02/04/2021 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $1,759.32 | $1,759.32 | $0.00 | $0.00 | $0.00 | $1,759.32 |
| 24 | RESURGENT RECEIVABLES, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 02/04/2021 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $6,781.82 | $6,781.82 | $0.00 | $0.00 | $0.00 | $6,781.82 |
| 25 | SCOLOPAX, LLC<br><br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>Seattle WA 98121 | 02/10/2021 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $2,874.44 | $2,874.44 | $0.00 | $0.00 | $0.00 | $2,874.44 |
| | | | | | | | **$184,398.63** | **$144,293.65** | **$0.00** | **$0.00** | **$0.00** | **$144,293.65** |

**CLAIM ANALYSIS REPORT**



Exhibit C

**Case No.** 20-90804-MPG
**Case Name:** SWANSTROM, TRAVIS
**Claims Bar Date:** 02/10/2021

**Trustee Name:** Kristin L. Wilson
**Date:** 4/21/2021

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $60,602.82 | $57,144.14 | $0.00 | $0.00 | $0.00 | $57,144.14 |
| Payments to Unsecured Credit Card Holders | $53,781.57 | $53,781.57 | $0.00 | $0.00 | $0.00 | $53,781.57 |
| Personal Property and Intangibles Consensual Liens (UCC, chattel, PMSI). | $67,923.02 | $31,276.72 | $0.00 | $0.00 | $0.00 | $31,276.72 |
| Trustee Compensation | $2,000.08 | $2,000.08 | $0.00 | $0.00 | $0.00 | $2,000.08 |
| Trustee Expenses | $91.14 | $91.14 | $0.00 | $0.00 | $0.00 | $91.14 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 20-90804
Case Name: TRAVIS SWANSTROM
Trustee Name: Kristin L. Wilson

Balance on hand: $12,484.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 17 | FORD MOTOR CREDIT COMPANY LLC | $31,276.72 | $31,276.72 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $12,484.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Kristin L. Wilson, Trustee Fees | $2,000.08 | $0.00 | $2,000.08 |
| Kristin L. Wilson, Trustee Expenses | $91.14 | $0.00 | $91.14 |

Total to be paid for chapter 7 administrative expenses: $2,091.22
Remaining balance: $10,393.04

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $10,393.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $10,393.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $110,925.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | $810.37 | $0.00 | $75.93 |
| 2 | Midland Credit Management, Inc. | $1,527.00 | $0.00 | $143.07 |
| 3 | Discover Bank | $1,098.28 | $0.00 | $102.90 |
| 4 | Bank of America, N.A. | $1,106.34 | $0.00 | $103.66 |
| 6 | Capital One Bank (USA), N.A. | $891.11 | $0.00 | $83.49 |
| 7 | Capital One Bank (USA), N.A. | $3,505.59 | $0.00 | $328.45 |
| 8 | U.S. Bank National Association | $2,014.14 | $0.00 | $188.71 |
| 9 | JPMorgan Chase Bank, N.A. | $8,802.53 | $0.00 | $824.74 |
| 10 | Navy Federal Credit Union | $2,182.13 | $0.00 | $204.45 |
| 11 | Navy Federal Credit Union | $7,864.16 | $0.00 | $736.82 |
| 12 | Navy Federal Credit Union | $3,189.19 | $0.00 | $298.81 |
| 13 | Navy Federal Credit Union | $53,884.40 | $0.00 | $5,048.63 |
| 14 | Citibank, N.A. | $1,492.03 | $0.00 | $139.79 |
| 15 | Merrick Bank | $1,505.92 | $0.00 | $141.10 |
| 18 | Kohl's | $3,636.12 | $0.00 | $340.68 |
| 19 | Check Into Cash | $750.75 | $0.00 | $70.34 |
| 20 | Opportunity Financial, LLC | $2,508.99 | $0.00 | $235.08 |
| 21 | Portfolio Recovery Associates, LLC | $1,747.90 | $0.00 | $163.77 |
| 22 | Resurgent Receivables, LLC | $993.18 | $0.00 | $93.05 |
| 23 | Resurgent Receivables, LLC | $1,759.32 | $0.00 | $164.84 |
| 24 | Resurgent Receivables, LLC | $6,781.82 | $0.00 | $635.41 |
| 25 | Scolopax, LLC | $2,874.44 | $0.00 | $269.32 |

Total to be paid to timely general unsecured claims: $10,393.04

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00